```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

LORI DICKEY,

        Plaintiff,

v.                        Case No. 8:12-cv-1591-T-33TBM

UNITED STATES OF AMERICA,

        Defendant.
                              /

**ORDER**

This matter is before the Court pursuant to Defendant's Motion to Dismiss (Doc. # 4), filed on October 12, 2012. Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant's motion seeks dismissal of Plaintiff's claims based on the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq.

Defendant's motion was filed on October 12, 2012. Pursuant to Local Rule 3.01(b) and Rule 6(d), Fed. R. Civ. P., the deadline for Plaintiff to file a response in opposition to the motion was, at the latest, October 29, 2012. Plaintiff failed to file a response to the motion in the time provided by the Rules or at any point since. Although the Court is mindful of Plaintiff's pro se status, pro se parties are required to comply with all applicable Local and Federal Rules. Accordingly, the Court considers the motion as an unopposed motion.

Upon due consideration of the motion and the record before the Court, the Court grants the motion as unopposed.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion to Dismiss (Doc. # 4) is **GRANTED** and this case is dismissed without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>31st</u> day of October, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Counsel of Record